IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:13CR298** |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **LATOSHA A. BOLTON,** | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on defendant's unopposed motion to continue trial [19]  as counsel needs additional time to investigate and prepare for trial.  The court finds good cause being shown and the trial shall be continued.  The defendant shall comply with NECrimR 12.1(a).

      **IT IS ORDERED** that the motions to continue trial is granted, as follows:

1.  The jury trial now set for February 11,  2014 is continued to **April 1, 2014.**

2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 1, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED February 5, 2014.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**