# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LATOSHA A. BOLTON,** )<br>)<br>**Defendant.** ) | **CASE NO. 8:13CR298**<br><br>**AMENDED**<br>**TENTATIVE FINDINGS** |

The Court has received the Presentence Investigation Report ("PSR") and the Defendant's objections (Filing No. 61). The government adopted the PSR (Filing No. 58). On January 6, 2015, the Defendant filed a motion to continue the sentencing, seeking additional time to prepare for the sentencing hearing and to present objections to the presentence report. The motion was granted, and counsel was given leave to submit any objections to the PSR on or before February 2, 2015 (see Filing No. 60). The Court advises the parties that these Amended Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Defendant's Objections to the Presentence Investigation Report (Filing No. 61) are denied as untimely and the Court intends to adopt the PSR at the time of sentencing;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are

required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

      3.     Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final; and

      4.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 11th day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge